UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**DEBORAH H. ALVORD**                                                                 **PLAINTIFF**

**VS**                                                                **CIVIL ACTION NO. 3:09CV-335-H**

**DEMING, MALONE, LIVESAY & OSTROFF**                              **DEFENDANT(S)**

<u>**ORDER**</u>

  The Magistrate Judge having notified the Court of a settlement in this matter pursuant to a conference on June 8, 2010;

  **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five (45) days.  Counsel may tender a supplemental order of dismissal if they so desire.  **The pretrial conference scheduled for September 24, 2010 is remanded from the Court's docket.**

Date: June 14, 2010

Copies to counsel